IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darnell Darlington, #32852-007, ) | |
| ) | C/A No. 2:10-3092-MBS |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Darlene Drew, Warden; ) | |
| U.S. Parole Board, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner is a prisoner at FCI-Bennettsville who, proceeding *pro se,* filed a habeas corpus petition. By Order dated December 23, 2010, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Petitioner was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. Petitioner has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

February 4, 2011
Columbia, South Carolina